IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**CONNIE RAY ISRAEL,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　**Case No. 1:22-cv-150-AW-ZCB**

**SERGEANT T. BARNETT, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's July 6, 2022 Report and Recommendation. ECF No. 4. I have also considered de novo Israel's objections. ECF No. 6.

The magistrate judge concludes that the IFP motion should be denied and the case should be dismissed without prejudice based on the three-strikes provision under 28 U.S.C. § 1915(g). I agree.

Israel's objections are hard to follow. But to the extent he contends his earlier cases or claims were misunderstood or improperly handled, that is no basis to object here. Israel does have the three strikes. I will not review the earlier cases in this case. It is now ORDERED:

    1.    The Report and Recommendation (ECF No. 4) is adopted and incorporated into this order.

    2.    The motion for leave to proceed IFP (ECF No. 2) is DENIED.

1

3. The clerk will enter a judgment that says, "This case is dismissed without prejudice pursuant to the three-strikes bar under 28 U.S.C. § 1915(g)."

4. The clerk will then close the file.

SO ORDERED on August 1, 2022.

                                            s/ *Allen Winsor*
                                            United States District Judge